Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONICA NAVARRO PIMENTEL,
individually and on behalf of a class of similarly
situated persons,

                    Plaintiff,

        v.

SUSAN DREYFUS, in her official capacity as
Secretary of the Washington State Department
of Social and Health Services,

                    Defendant.

NO.  2:11-cv-00119

MOTION TO CLARIFY PRELIMINARY
INJUNCTION ORDER

NOTE ON MOTION CALENDAR:

March 4, 2011

## I.      BACKGROUND

This Court entered a Preliminary Injunction Order on February 17, 2011. Dkt. 37. The

Court previously entered an Order Granting Class Certification and a Temporary Restraining

Order on January 27, 2011. Dkt. 16. The Class Certification Order certified a class and subclass

as follows:

(1) all Washington state residents who

        (a) were receiving state-funded Basic Food benefits under the FAP and received

        notification that these benefits would terminate on January 31, 2011 because

MOTION TO CLARIFY PRELIMINARY
INJUNCTION ORDER – 1
[Case No.  2:11-cv-00119]

COLUMBIA LEGAL SERVICES
711 CAPITOL WAY S., #304
OLYMPIA, WA 98501
(360) 943-6260 FAX (360) 754-4578

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

there was no funding for the program;  or

(b) in the future would be eligible for the Washington State Basic Food

Program, but for the fact that they do not meet citizenship and alien status

requirements of WAC 388-4224-0020 and who are either qualified aliens or

Permanently Residing Under Color of Law (PRUCOL) in the United States as

defined in WAC 388-424-0001.

(2) For purposes of the due process claim, Washington state residents who

(a) are receiving state-funded Basic Food benefits now and whose benefits are

being reduced or terminated effective February 1, 2011.

*Id.* at pp. 3-4.

The Temporary Restraining Order ordered Defendant, in pertinent part, "not to

terminate Plaintiff's or other Class members' state-funded food assistance under the Food

Assistance Program for Legal Immigrants on January 31, 2011 or to *deny* any Class members'

application for such benefits after that date because of lack of funding." *Id.* at pp.13-14.

(Emphasis added.)

The Preliminary Injunction Order enjoined Defendant from "terminating Plaintiff's or

other Class members' state-funded food assistance under the Food Assistance Program for

Legal Immigrants while this litigation is pending", but did not enjoin Defendant from denying

any Class members' application for such benefits because of lack of funding while this

litigation is pending. Dkt. 37, pp. 17-18.

## II.  MOTION

Plaintiff moves the Court for an order clarifying the Preliminary Injunction. She asks

the Court to modify the Order Granting Preliminary Injunction so as to enjoin Defendant from

denying any Class members' application for Food Assistance Program for Legal Immigrants

benefits because of lack of funding while this litigation is pending. This requested relief tracks

MOTION TO CLARIFY PRELIMINARY
INJUNCTION ORDER – 2
[Case No.  2:11-cv-00119]

COLUMBIA LEGAL SERVICES
711 CAPITOL WAY S., #304
OLYMPIA, WA 98501
(360) 943-6260 FAX (360) 754-4578

1   the relief the Court ordered in the Temporary Restraining Order.[1] This makes sense given the

2   composition of the class certified by the Court which includes:

3       (1) all Washington state residents who

4         (b) in the future would be eligible for the Washington State Basic Food Program,

5            but for the fact that they do not meet citizenship and alien status requirements of

6            WAC 388-4224-0020 and who are either qualified aliens or Permanently

7            Residing Under Color of Law (PRUCOL) in the United States as defined in

8            WAC 388-424-0001.

9       Dkt. 16 at pp. 3-4.

10       Unless the Order Granting Preliminary Injunction is modified, Defendant will be

11   permitted to deny food assistance benefits to (1)(b) Class members on the basis of lack of

12   funding.

13

14       DATED:  February 17, 2011

15                 COLUMBIA LEGAL SERVICES

16

17                 *s/* Amy L. Crewdson
              Gregory D. Provenzano (WSBA # 12794)

18                 Amy L. Crewdson (WSBA # 9468)
              Attorneys for Plaintiff

19

20

21

22

23

24

25
    _____

26       [1] Plaintiff's proposed Preliminary Injunction Order included this relief. *See* Dkt. 33, p. 17, lines 15-16.

MOTION TO CLARIFY PRELIMINARY
INJUNCTION ORDER – 3
[Case No.  2:11-cv-00119]

COLUMBIA LEGAL SERVICES
711 CAPITOL WAY S., #304
OLYMPIA, WA 98501
(360) 943-6260 FAX (360) 754-4578

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the United States of America and the State of Washington, that on February 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel on the Electronic Mail Notice List as shown below.

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

Joseph Christy, Jr.                         JoeC@atg.wa.gov

Lianne Malloy                               LianneM@atg.wa.gov

Manual Notice List

The following are those who are currently not on the list to receive e-mail notices for this case and who are being served by separate email.

- [none]

DATED:  February 17, 2011, at Olympia, Washington.


                                        s/Amy L. Crewdson
                                        Amy L. Crewdson

MOTION TO CLARIFY PRELIMINARY
INJUNCTION ORDER – 4
[Case No.  2:11-cv-00119]

COLUMBIA LEGAL SERVICES
711 CAPITOL WAY S., #304
OLYMPIA, WA 98501
(360) 943-6260 FAX (360) 754-4578