Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONICA NAVARRO PIMENTEL, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN DREYFUS, in her official capacity as Secretary of the Washington State Department of Social and Health Services,<br><br>Defendant. | No.  2:11-cv-119<br><br>[P R O P O S E D]<br>ORDER CLARIFYING ORDER GRANTING PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR:<br><br>March 4, 2011 |

THIS MATTER came before the Court on Plaintiff's Motion to clarify the Order Granting Preliminary Injunction. The Court having considered the Motion hereby GRANTS the Motion to Clarify. The Order Granting Preliminary Injunction is hereby clarified to enjoin Defendant from denying any Class members' application for Food Assistance Program for Legal Immigrants benefits because of lack of funding while this litigation is pending.

[PROPOSED]
ORDER CLARIFYING ORDER GRANTING
PRELIMINARY INJUNCTION  - 1
[Case No. 2:11-cv-119]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

Dated this _____ day of _____, 2011.

_____
Marsha J. Pechman
United States District Court Judge

Presented by:

Columbia Legal Services

_s/ Amy L. Crewdson_____
Gregory D. Provenzano (WSBA #12794)
Amy L. Crewdson (WSBA # 9468)
Attorney for Plaintiffs

[PROPOSED]
ORDER CLARIFYING ORDER GRANTING
PRELIMINARY INJUNCTION  - 2
[Case No. 2:11-cv-119]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the United States of America and the State of Washington, that on February 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel on the Electronic Mail Notice List as shown below.

Electronic Mail Notice List
The following are those who are currently on the list to receive e-mail notices for this case.

Joseph Christy, Jr.          JoeC@atg.wa.gov

Lianne Malloy                LianneM@atg.wa.gov

Manual Notice List
The following are those who are currently not on the list to receive e-mail notices for this case and who are being served by separate email.

- [none]

DATED: February 17, 2011, at Olympia, Washington.

*s/*Amy L. Crewdson
Amy L. Crewdson

[PROPOSED]
ORDER CLARIFYING ORDER GRANTING
PRELIMINARY INJUNCTION  - 3
[Case No. 2:11-cv-119]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)